IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:23MJ- 229 |
| ) | |
| JONATHAN MORALES, ) | |
| ) | Court Date: November 6, 2023 |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor–E1611435)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 24, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JONATHAN MORALES, unlawfully drove and operated a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 18.2-266(ii).)

Count II (Petty Offense–E18611434)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about August 24, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JONATHAN MORALES, the driver of a motor vehicle, followed another vehicle more closely than was reasonable and prudent, disregarding the speed of both vehicles, and the traffic on and conditions of the highway at the time.

(In violation of Title 18, United States Code, Section 13,
assimilating Virginia Code Section 46.2-816.)

Count III (Petty E1611436)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 24, 2023, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JONATHAN MORALES, after having been arrested for driving under the influence of alcohol, unreasonably refused to have samples of his breath taken for chemical tests to determine the alcohol content of his blood.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Virginia Code Section 18.2-268.3.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, a true and correct copy of the Criminal Information was mailed to the defendant at:

By: _____

M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov